DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CORBIN COUTURE and COURTNEY COUTURE,

Appellants,

v.

KARNI CHAGAL-FEFERKORN and IDO FEFERKORN,

Appellees.

No. 2D2025-1239

_____

April 8, 2026

Appeal from the County Court for Hillsborough County; Lisa Allen, Judge.

Corbin and Courtney Couture, pro se.

Karni Chagal-Feferkorn and Ido Feferkorn, pro se.


PER CURIAM.

   Affirmed.


LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.